

remedy would be rare indeed. See Trustees of First Christian Church of Ft. Thomas v. Macht, 228 Ky. 628, 15 S.W.2d 509. We believe the lower court correctly adjudicated this point.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.

PER CURIAM.

A judgment pursuant to a jury's verdict for $405.81 was awarded the appellee against the appellant. We think the evidence on the question of the ownership of the car insured by the appellant warranted the submission of the case to the jury on that question. We find no prejudicial error in the instructions, or in any other phase of the case.

The motion for an appeal is overruled, and the judgment is affirmed.

**BITUMINOUS CASUALTY CORPORA-TION, Inc., Appellant,**

v.

**Belknap CHENAULT, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1957.

Rehearing Denied Jan. 17, 1958.

**Lyman D. KNOP and Jeanette Atcher, Appellants,**

v.

**Fred ATCHER, Appellee.**

Court of Appeals of Kentucky.

Nov. 1, 1957.

Rehearing Denied Jan. 17, 1958.

Redwine & Redwine, M. C. Redwine, Jr., M. C. Redwine, Winchester, for appellant.

Rodney J. Thompson, Winchester, for appellee.